IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING COMPANY, INC., a Nebraska corporation;<br><br>Defendant. | 8:14CV194<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Dain J. Johnson to withdraw as counsel on behalf of Plaintiff, Continental Casualty Company ("CNA"), (filing no. 13), is granted.

September 26, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge