IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING COMPANY, INC., a Nebraska corporation;<br><br>Defendant. | 8:14CV194<br><br>ORDER |

IT IS ORDERED that the motion to permit Valerie L. Walker Rodriguez to withdraw as counsel of record for Plaintiff, (filing no. 36), is granted.

February 16, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge