IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, a Delaware corporation, | ) ) ) | CASE NO. 8:14-cv-00194 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| GREATER OMAHA PACKING COMPANY, INC., a Nebraska corporation, | ) ) ) | |
| Defendant. | ) | |

**IT IS ORDERED** that Plaintiff's Motion to Extend Time is granted as follows:

1. Plaintiff shall serve a responsive pleading to Defendant's Counterclaims by March 30, 2016.

2. Mandatory disclosures shall be served by April 4, 2016.

3. Counsel for the parties shall confer and, on or before April 11, 2016, they shall jointly file an abbreviated Rule 26(f) Report, a copy of which was attached to the Court's February 12, 2016 Scheduling Order (Filing No. 35).

4. If one or more of the parties believes a planning conference is needed to complete the abbreviated Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the attached Rule 26(f) Report on or before April 4, 2016, the parties shall contact my chambers at (402) 437-1670, or by e-mail addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 1st day of March, 2016.

By the Court:

*s/Cheryl R. Zwart*
United States Magistrate Judge

**PREPARED AND SUBMITTED BY:**

ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
(402) 348-0900
Dan H. Ketcham, #18930
Michael L. Moran, #24042

and

Scott E. Turner
Elenius, Frost & Walsh
333 S. Wabash Ave., 25th floor
Chicago, IL 60604
(312) 822-6279  Fax (312) 817-2486
scott.turner@CNA.com