IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING COMPANY, INC., a Nebraska corporation;<br><br>Defendant. | 8:14CV194<br><br>**ORDER** |

After conferring with counsel:

IT IS ORDERED:

1) The court's order, (Filing No. 41), is withdrawn. Pending further order of the court, the parties need not complete a Rule 26 (f) Report or serve mandatory disclosures.

2) The parties' abbreviated Rule 26 (f) Report (see Filing No. 35) shall be filed within 14 days after the court rules on Plaintiff's pending motion to dismiss Defendant's counterclaim, (Filing No. 46).

April 6, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge