IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING COMPANY, INC.,<br><br>        Defendant. | 8:14-CV-194<br><br>ORDER |

This matter is before the Court on the parties' joint motion to stay their requests for declaratory judgment, and to dismiss, without prejudice, all other remaining claims. Filing 65. That motion will be granted.

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation (filing 65) is granted.

2. The parties' respective claims for declaratory relief (filing 33 at 10-11; filing 57 at 5-6) are stayed pending resolution of *Fairbank Farms v. Greater Omaha*, case no: 1:13-CV-907 (W.D.N.Y).

3. Continental Casualty's claim for reimbursement of certain contractual indemnification payments (filing 33 at 11) is dismissed without prejudice.

4. Greater Omaha's counterclaims for breach of contract and covenant of good faith and fair dealing, breach of fiduciary

duty, and bad faith (filing 57 at 7-11) are dismissed without prejudice.

5. The parties shall report to the Court on or about December 1, 2017, and every 90 days thereafter, on the status of the pending New York litigation.

6. The Clerk of the Court is directed to enter a status report deadline of December 1, 2017.

Dated this 31st day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge