IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GREATER OMAHA PACKING COMPANY, INC., a Nebraska corporation;<br><br>Defendant. | **8:14CV194**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Elliot Strader to withdraw as counsel of record for Plaintiff, (Filing No. 70), is granted.

December 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge